

The relief described hereinbelow is SO ORDERED.

Signed March 29, 2016.

_____
Ronald B. King
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**Western District of Texas**
**Midland Division**

IN RE: **Ramon V. Lujan** , Debtor(s)  Case No.: 15−70004−rbk

## ORDER DENYING PAYMENT
## OF A DIVIDEND UNCLAIMED FUNDS

On this date came on for consideration the Application for Payment Of A Dividend From Unclaimed Funds by:

    NAME: RAMON V LUJAN
    ADDRESS: 3120 N CENTER AVE
    ODESSA, TX 79762

Claimant, for payment of a dividend from unclaimed funds in the amount of $1650.00.

The court orders the application be DENIED for the following reason(s):

☐ 1. There are no monies being held for this Claimant.

☐ 2. Monies have already been disbursed.
    Date funds were paid:
    Per court order signed:
    Schedule Number:
    Paid to:

☐ 3. Money amount being claimed for distribution is different than the financial records reflect.

☒ 4. Other: INCOMPLETE APPLICATION, MISSING ALL ADDITIONAL DOCUMENTATION REQUIRED.

###

United States Bankruptcy Court
Western District of Texas

In re:  
Ramon V. Lujan  
    Debtor

Case No. 15-70004-rbk  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0542-7     User: rodriguez     Page 1 of 1     Date Rcvd: Mar 29, 2016  
                    Form ID: pdfintp     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2016.
```
db          +Ramon V. Lujan,    3120 Center Ave.,    Odessa, TX 79762-7642
tr           Gary Norwood,    P. O. Box 2331,    Midland, TX  79702-2331
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2016                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2016 at the address(es) listed below:
```
              Blake  Rasner    on behalf of Creditor    Ally Financial serviced by Ally Servicing LLC
               brasner@haleyolson.com,  dserenil@haleyolson.com
              David G. Aelvoet    on behalf of Creditor    Ector CAD davida@publicans.com
              J. Marshall Miller     marshall_miller@att.net, tx59@ecfcbis.com;jmm@trustesolutions.net
              Jeanne  Morales    on behalf of Debtor Ramon V. Lujan jeanne@jeannemorales.com,
               ted@jeannemorales.com;stephen@jeannemorales.com
              United States Trustee - MD12    USTPRegion07.SN.ECF@usdoj.gov
                                                                                             TOTAL: 5
```